■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID P. MILLER, Appellant. [708 NYS2d 779] —Judgment unanimously affirmed. Memorandum: Defendant contends that he was deprived of a fair trial by prosecutorial misconduct on summation. We disagree. The record fails to establish that defendant was prejudiced when the prosecutor pointed his finger at defendant during summation (*see, People v Duvall*, 260 AD2d 183, 184, *lv denied* 93 NY2d 924). Furthermore, the prosecutor's question, "Why do you bring a knife at 11:00 at night to get delmonico steaks?" falls within the broad scope of rhetorical comment permitted on summation (*see generally, People v Galloway*, 54 NY2d 396, 399). Contrary to defendant's contention, the prosecutor did not specifically call defendant a thief (*cf., People v Stewart*, 92 AD2d 226, 230-231). To the extent that the prosecutor's comments on summation were inappropriate, they were not so egregious as to deprive defendant of a fair trial (*see, People v Roopchand*, 107 AD2d 35, 36-37, *affd* 65 NY2d 837). (Appeal from Judgment of Supreme Court, Monroe County, Mark, J.—Robbery, 1st Degree.) Present—Pigott, Jr., P. J., Pine, Scudder and Lawton, JJ.

■ RICHARD L. JUDD, II, et al., Respondents, v MICHAEL A. ROSE, Appellant. [708 NYS2d 691] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Kehoe, J. (Appeal from Order of Supreme Court, Monroe County, Kehoe, J.—Summary Judgment.) Present—Pigott, Jr., P. J., Pine, Scudder and Lawton, JJ.

■ In the Matter of MARY F. PERUZZI, as Executrix of PATSY J. FIATO, Deceased, Respondent. CHARLES R. WELCH, Appellant. [708 NYS2d 664] —Order unanimously affirmed with costs for reasons stated in decision at Onondaga County Surrogate's Court, Wells, S. (Appeal from Order of Onondaga County Surrogate's Court, Wells, S.—EPTL.) Present—Pigott, Jr., P. J., Pine, Scudder and Lawton, JJ.